UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DAVID WAYNE POYDRAS | CIVIL ACTION NO. 07-1507 |
| VS. | JUDGE MELANÇON |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HILL |

## JUDGEMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** because the instant petition constitutes a second and successive *habeas* petition within the meaning of 28 U.S.C. §2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of November, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE