UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DAVID WAYNE POYDRAS** | **CIVIL ACTION NO. 07-1507** |
| **VERSUS** | **JUDGE MELANÇON** |
| **STATE OF LOUISIANA, ET. AL.** | **MAGISTRATE JUDGE HILL** |

**CERTIFICATE AS TO APPEALABILITY**

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of Magistrate Judge Hill entered on October 9, 2007 [Rec. Doc. 9] and entered as a final judgment on November 5, 2007 [Rec. Doc. 13], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

**THUS DONE AND SIGNED** this 21st day of November, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE